**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS AG, | X : : : |
| Plaintiffs, | : : |
| v. | : : C.A. No. 17-00393-RGA |
| TEVA PHARMACEUTICALS USA, INC., | : : |
| Defendant. | : : X |
| NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS AG, | X : : |
| Plaintiffs, | : : |
| v. | : : C.A. No. 17-00867-RGA |
| TEVA PHARMACEUTICALS USA, INC., | : : |
| Defendant. | : : X |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant hereby stipulate and agree that the above actions, including all claims and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

1

**SO STIPULATED:**

February 26, 2018

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

Of Counsel:

Nicholas N. Kallas
Charlotte Jacobsen
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100
*nkallas@fchs.com*
*cjacobsen@fchs.com*

*Attorneys for Plaintiffs Novartis*
*Pharmaceuticals Corporation*
*and Novartis AG*

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*dfry@shawkeller.com*
*nhoeschen@shawkeller.com*

Of Counsel:

Ira J. Levy
Frederick H. Rein
Calvin E. Wingfield Jr.
Aviv A. Zalcenstein
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
*ilevy@goodwinlaw.com*
*frein@goodwinlaw.com*
*cwingfield@goodwinlaw.com*
*azalcenstein@goodwinlaw.com*

Todd Marabella
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
*tmarabella@goodwinlaw.com*

*Attorneys for Defendant Teva Pharmaceuticals*
*USA, Inc.*

2

ME1 26694929v.1

**SO ORDERED:**

This 26 day of Feb , 2018

Richard G. Andrews, U.S.D.J.

3